

KANE KESSLER, P.C.
666 THIRD AVENUE
NEW YORK, NEW YORK 10017-4041
TEL 212.541.6222
FAX 212.245.3009
WWW.KANEKESSLER.COM

WRITER'S DIRECT NUMBER
212-519-5129

WRITER'S EMAIL
rkahn@kanekessler.com

March 7, 2017

*Via ECF and Email*

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square – Room 2104
New York, New York 10007

      Re:    **Fredkiey Hurley v. Rehandari LLC d/b/a Kobrick Coffee Co. et al**.
             *Civil Action No. 16-cv-9215 (RJS)*

Dear Judge Sullivan:

    We are the attorneys for Defendants in the above reference matter.

    Please be advised that this case has been resolved. Defendants have executed a settlement agreement and we are waiting to receive a fully executed copy from Plaintiff.

                             Respectfully submitted,

                             *s/ S. Reid Kahn*

                             S. Reid Kahn

cc:    Tara Demetriades, Esq.
        ADA Accessibility Associates
        TDemetriades@Aol.com
        *(via ECF and email)*

430846v1